IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ATRELLA R. REYNOLDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 09-510-GPM |
| | ) |
| **THE DIVISION OF AERONAUTICS, A** Unit of the Illinois Department of Transportation, **SUSAN SHEA, TERRISSA LASHMETT, JAMES F. DEVEREUX, and VICKIE STOUT,** | ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

# ORDER

**MURPHY, District Judge:**

Plaintiff, Atrella Reynolds, believes she is entitled to a default judgment against each defendant because they were served on July 13, 2009, and their response was due August 3, 2009. Reynolds has not filed a return of service, so the Court has no way of knowing the exact date (or manner) of service. Nonetheless, Defendants have appeared through counsel and asked for more time to answer, and, on August 7, 2009, the Court extended the deadline for Defendants' response to August 26, 2009 (*see* Docs. 3, 4). For this reason, Defendants are not in default.

The motion for default judgment (Doc. 5) is **DENIED**.

**IT IS SO ORDERED.**

DATED: 8/24/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge